```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  1:10-cr-0380 LJO
                                    )
12                 Plaintiff,       )
                                    )
13        v.                        )  STIPULATION RE:
                                    )  CONTINUANCE AND
14                                  )    ORDER of **_DENIAL_**
    CARLOS MARTINEZ and             )
15  ALEJANDRO CASTELLANOS,          )
                                    )
16                                  )
                   Defendant.       )
17  _____ )
```

18       Defendant CARLOS MARTINEZ, by and through his attorney, ERIC
19  KERSTEN, Defendant ALEJANDRO CASTELLANOS, by and through his
20  attorney, RICHARD BESHWATE, and the United States of America, by
21  and through its attorneys, BENJAMIN B. WAGNER, United States
22  Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney,
23  hereby enter into the following stipulation:
24       1.  The parties to the above-captioned matter agree to vacate
25  the August 22, 2011, trial date, in this matter, and reset the
26  trial for October 24, 2011, at 8:45 a.m.
27       2. The parties further agree to vacate the July 22 status
28  conference date and reset the status conference for August 26,

1

1 | 2011, at 9:00 a.m.

2 |     3.  The parties stipulate that these continuances are necessary due to the fact that Mr. Beshwate has been unable to meet with his client due to his placement in Lerdo and is not able to meet with him until next month.  The defense requires additional time to explore resolution of the matter.  In addition, Mr. Beshwate is unable to try this case in September due to his representation of a defendant set for a murder trial in September.  The government is unable to try this case until the end of October due to another multi-defendant drug trial set on October 3.  Further, counsel for defendant MARTINEZ and the government are unavailable for the status conference hearing currently set for July 22 due to the Ninth Circuit setting of an oral argument in another matter on that date.  None of the parties are opposed to continuing the trial date or status conference hearing for further negotiation, preparation, and availability and continuity of counsel.

    3.  The parties agree that the delay resulting from the continuances shall be excluded in the interests of justice herein for effective defense preparation and continued investigation, potential case resolution, and availability and continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: July 12, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

```
                                /s/ Eric Kersten
                                ERIC KERSTEN
                                Attorney for Defendant
                                CARLOS MARTINEZ


                                /s/ Richard Beshwate
                                RICHARD BESHWATE
                                Attorney for Defendant
                                ALEJANDRO CASTELLANOS
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current trial date of August 22, 2011, is hereby CONFIRMED.

IT IS FURTHER THE ORDER of the Court that the status conference date of July 22 shall be vacated at the request of counsel due to their unavailability.

This Court does not move trials that have been set with the input and agreement of counsel. This Court will accommodate having a Defendant transported for the purpose of a meeting with counsel, and will further accommodate parties and counsel by placing the matter on calendar for any purpose on a Monday or a Friday between now and trial.

**IT IS SO ORDERED.**

**Dated:   July 13, 2011**                   /s/ Lawrence J. O'Neill

|     |                                  |
| --- | -------------------------------- |
| 1   |        UNITED STATES DISTRICT JUDGE |