```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS MARTINEZ,<br><br>        Defendant.<br>_____ | 1:10-cr-0380 LJO<br><br>STIPULATION RE:<br>CHANGE OF PLEA HEARING |

Defendant CARLOS MARTINEZ, by and through his attorney, ERIC KERSTEN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties agree to vacate the August 22, 2011, trial date, as to the above-captioned defendant, and advance the matter to Friday, August 5, 2011, at 9:00 a.m. for a change of plea.

DATED: August 3, 2011                        Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

```
                                        /s/ Eric Kersten
                                        ERIC KERSTEN
                                        Attorney for Defendant
                                        CARLOS MARTINEZ
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current trial date of August 22, 2011, will be vacated as to the above-captioned defendant in this matter upon the change of plea that is set for Friday, August 5, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 3, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE