DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Carlos Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-380 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| CARLOS MARTINEZ, | Date: November 4, 2011<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Carlos Martinez, that the date for sentencing may be continued to November 4, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is October 28, 2011, at 9:00 a.m.  The requested new date is November 4, 2011, at 9:00 a.m.**

Mr. Martinez is awaiting sentencing after pleading guilty pursuant to a plea agreement. It is anticipated that Mr. Martinez will qualify for a reduction in sentence pursuant to the safety valve provision of the sentencing guidelines; however, he has not yet debriefed.  Mr. Martinez is currently housed in Kern County and the government has agreed that he may debrief by means of a written proffer.  The requested continuance will allow additional time to resolve any questions that may arise regarding the written proffer.  In addition, defense counsel has a calendar conflict in that he is scheduled to attend two parent teacher conferences on the morning of October 28, 2011.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation, and also for continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 20, 2011          By /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 20, 2011          By /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Carlos Martinez

# O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Good cause exists for the requested relief.

IT IS SO ORDERED.

**Dated:   October 20, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Martinez: Stipulation to Continue Sentencing and Order          2