DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Carlos Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-00380 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. ) | |
| CARLOS MARTINEZ, ) | Date:  November 28, 2011 |
| Defendant. ) | Time:  1:00 p.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Carlos Martinez, that the date for sentencing may be continued to November 28, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is November 4, 2011, at 9:00 a.m.  The requested new date is November 28, 2011, at 1:00 p.m.**

Mr. Martinez is housed in Lerdo and is attempting to qualify for a reduction in sentence pursuant to the safety valve provision of the sentencing guidelines.  The government agreed that Martinez could fulfill the debriefing requirement by means of a written proffer and Martinez was transported from Lerdo on October 24 and interviewed by defense counsel to allow for preparation of the statement.  However, counsel had further questions when preparing the formal statement and Martinez had to be transported again, on October 31, to clarify these issues.  Martinez's statement was then provided to the government on the afternoon of October 31 and, after review with the agents, the government has requested that one

1  additional issue be addressed by Mr. Martinez.  In addition, counsel was only able to finalize the

2  defendant's sentencing memorandum after meeting with Mr. Martinez on October 31, and that document

3  was filed on November 1, 2011.  The government needs additional time to respond to Martinez's

4  memorandum prior to sentencing.  Based on the foregoing, the parties request that sentencing be

5  continued.

6      The parties agree that the delay resulting from the requested continuance shall be excluded as

7  necessary for effective defense preparation, and also for continuity of counsel, pursuant to 18 U.S.C.

8  § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested

9  continuance outweigh the interests of the public and the defendants in a speedy trial.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: November 2, 2011        By /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: November 2, 2011        By /s/ Eric V. Kersten
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Carlos Martinez


## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                            IT IS SO ORDERED.

**Dated:   November 2, 2011**        /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE