```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-380 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| CARLOS MARTINEZ, ) | (note time change) |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant CARLOS MARTINEZ, by and through his attorney, ERIC KERSTEN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the November 28, 2011, sentencing date and reset the matter for December 5, 2011, at 1:30 p.m.

2. The parties stipulate that the continuance is necessary to determine eligibility for safety valve relief. While Defendant has provided some information about the offense, he has not provided complete information. Defendant's incarceration at Lerdo

1

has also made it more difficult for his attorney to communicate with him.

DATED: November 22, 2011                    Respectfully submitted,

```
                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney


                                            /s/ Eric Kersten
                                            ERIC KERSTEN
                                            Attorney for Defendant
                                            CARLOS MARTINEZ
```

O R D E R

Having read and considered the foregoing stipulation, the current hearing date of November 28 is hereby vacated in this matter and is reset for December 5, 2011, at 2:30 p.m.

IT IS SO ORDERED.

**Dated:   November 22, 2011**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

2